**Name** Jeremy V. Pinson
**Address** 8607 SE Flowermound Rd. Lawton, OK, 73501

**FILED**
SEP 0 8 2005
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Jeremy Pinson, Plaintiff
(Full Name)

v.

David Miller, Defendant(s)
Ron Ward

CIV-05-1047-F
CASE NO.
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983**

## A. JURISDICTION

1) Jeremy Pinson (Plaintiff), is a citizen of OKLAHOMA (State) who presently resides at 8607 SE Flowermound Rd, Lawton, OK, 73501 (Mailing address or place of confinement).

2) Defendant David Miller (Name of first defendant) is a citizen of Lawton, Oklahoma (City, State), and is employed as Warden (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Defendant Miller abused and neglected powers possessed by virtue of state law.

XE-2  7/93              CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3)  Defendant __Ron Ward__ is a citizen of
    (Name of second defendant)
__Oklahoma City, Oklahoma__, and is employed as
    (City, State)
__Director - Dept. of Corrections__ At the time the claim(s)
    (Position and title, if any)
alleged in this complaint arose was this defendant acting under color of state law? Yes ☒  No ☐. If your answer is "Yes", briefly explain: __Defendant abused and neglected powers possessed by virtue of state law.__

(Use the back of this page to furnish the above information for additional defendants.)

4)  Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) _____

## B. NATURE OF THE CASE

1)  Briefly state the background of your case.
__Plaintiff was transferred from the Cimarron Correctional Facility to the Lawton Correctional Facility on 5-4-05 following the Plaintiff's request for protection from the Universal Aryan Brotherhood a prison gang. On 5-30-05 Plaintiff was raped and beaten by 3 members of the aforementioned gang Jack Roth, Chad Brown and Randall Bowden. On 6-1-05 the Plaintiff requested protection from these gang members and was refused the permanent placement into protective custody and is currently housed in dangerous conditions.__

-2-

XE-2  7/93

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _8th Amendment of the U.S. Constitution._

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

① Defendants had a legal obligation to protect the Plaintiff but failed to take action to protect the Plaintiff as a transfer to a new prison or permanent P.C. unit would have warranted.

B) (1) Count II: _N/A_

(2) Supporting Facts:

N/A.

- 3 -

XE-2   7/93

C) (1) Count III: _N/A_

(2) Supporting Facts:

_N/A_

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒.  If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

- 4 -

XE - 2   7/93

2)  I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. The Grievance procedure was completely exhausted and Relief was never granted (see Exhibits A + B).

## E. REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

① Injunctive Relief barring the Defendant from housing the Plaintiff at the same facility as Jack Roth, Randall Bowden or Chad Brown.

② Nominal Damages of $1.00

_____N/A_____
Signature of Attorney (if any)

_____[signature]_____
Signature of Petitioner

_____N/A_____

(Attorney's full address and telephone number.)

- 5 -

XE-2  7/93

## DECLARATION UNDER PENALTY OF PERJURY

  The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _Lawton Correctional Facility_ on _August 30th, 2005_
      (Location)       (Date)

_____
(Signature)